IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**STEPHEN EISENMANN**

   **Plaintiff**

   v.          Case No.  1:20-cv-00575-MN

**FORD MOTOR COMPANY and ILLINOIS**
**TOOL WORKS INC.**

   **Defendants**

## JOINT STATUS REPORT AND MOTION TO LIFT STAY

Plaintiff and Counterclaim Defendant Stephen Eisenmann ("Eisenmann") and Defendants and Counterclaim Plaintiffs Ford Motor Company ("Ford") and Illinois Tool Works Inc. ("ITW") (collectively "Defendants") respectfully submit this Status Report.

### CURRENT STATUS

On October 14, 2020, the Court issued an Order that stayed all proceedings in this case pending the outcome of an IPR proceeding before the Patent Trial and Appeal Board of the United States Patent and Trademark Office ("PTAB") (IPR 2020-01734), and further Ordered that the "parties shall notify the Court within thirty (30) days of either (a) a decision by the PTAB to not institute the IPR proceeding or (b) if the IPR proceeding is instituted, a final written decision by the PTAB." (D.I. 16.) The parties, pursuant to this Order, hereby jointly inform the Court that **the PTAB has issued a decision to NOT institute the IPR proceeding**. Specifically, the PTAB issued a decision on March 11, 2021 ("IPR Decision"), which decision denied institution of *Inter Partes* Review of the '169 Patent.

## MOTION TO LIFT STAY

In light of the IPR Decision, it is appropriate that the current stay be lifted so that this action may resume. Therefore, the parties request the Court to:

1. Lift the stay of proceedings in this case;

2. Order Plaintiff to file a reply to Defendants' counterclaims within seven days of the termination of the stay; and

3. Order the parties to file a proposed scheduling order within thirty days of the termination of the stay.

/s/ George Pazuniak
George Pazuniak (No. 478)
O'KELLY & O'ROURKE, LLC
824 North Market Street, Suite 1001A
gp@del-iplaw.com

Stephen Eisenmann
230 Shores Drive
Vero Beach, FL 32963
sseisenmann@gmail.com

*Attorneys for Plaintiff/Counterclaim Defendant*

/s/ Kelly E. Farnan
Kelly E. Farnan (No. 4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

Eligio C. Pimentel
Christopher M. Scharff
Amber J. Carpenter
MCANDREWS, HELD & MALLOY, LTD
500 West Madison Street
Chicago, IL 60661
(312) 775-8000
epimentel@mcandrews-ip.com
cscharff@mcandrews-ip.com
acarpenter@mcandrews-ip.com

*Attorneys for Defendants/Counterclaim Plaintiffs*